FILED
2009 Dec-01 AM 11:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

United States District Court
Northern District of Alabama
Middle Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| vs. | ] 4:09-CR-346-LSC-PWG |
| | ] |
| ORALIA RAMIREZ-DE LOS SANTOS, | ] |
| | ] |
| Defendant. | ] |

Order Accepting Findings and Recommendation

This court has reviewed the Findings and Recommendation of the Honorable T. Michael Putnam, United States Magistrate Judge [Doc. 15] entered the 16th day of November, 2009, pertaining to Defendant's Motion to Suppress [Doc. 10].

After careful consideration of the record in this case and the Magistrate Judge's findings and recommendations, this Court hereby ADOPTS the findings of the Magistrate Judge. The Court further ACCEPTS the recommendations of the Magistrate Judge, and therefore ORDERS Defendant's Motion to Suppress is DENIED.

Done this 1st day of December 2009.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

153671